**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00656-LTB

AMERICAN APPRAISAL ASSOCIATES, INC.,
a Delaware Corporation

      Plaintiff,

v.

ROBERT BANDO
d/b/a AMERICAN APPRAISAL

      Defendant.
_____

**ORDER FOR PERMANENT INJUNCTION AGAINST
DEFENDANT ROBERT BANDO D/B/A AMERICAN APPRAISAL**
_____

Having considered Plaintiff American Appraisal Associates, Inc.'s ("American Appraisal") Application for Entry of Default Judgment and the Declaration of Michael Brice Sullivan, the Complaint, and other papers in the Court's file in this matter,

**THE COURT ORDERS AS FOLLOWS:**

Defendant Robert Bando d/b/a American Appraisal ("Defendant") and any entity acting in concert or participation with Defendant directly or indirectly including, but not limited to, directors, principals, officers, agents, servants, employees, manufacturers, distributors, warehouseman, subsidiaries, divisions, attorneys, representatives, successors and assigns shall be, and hereby are, PERMANENTLY ENJOINED and restrained from:

    (a)    using the names "American Appraisal Company" or "American Appraisal" in commerce or in connection with any goods or services;

    (b)    using in commerce any simulation, reproduction, counterfeit, copy, or colorable

imitation of American Appraisal's registered trademarks, as shown in Exhibits A and B attached hereto, in connection with the distribution, offering for distribution, sale, offering for sale, advertisement or promotion of Defendant's residential and commercial appraisal services;

    (c)    engaging in any other activity constituting an infringement of American Appraisal's trademarks, or of American Appraisal's rights in, or right to use or to exploit those trademarks, or constituting any dilution of American Appraisal's name, reputation, or goodwill; and

    (d)    assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (c) above.

**IT IS SO ORDERED.**

DATED this   9th   day of   August  , 2005.

                                      s/Lewis T. Babcock  
                                      Lewis T. Babcock, Chief Judge