**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-CV-00656-LTB

AMERICAN APPRAISAL ASSOCIATES, INC.,
a Delaware Corporation

       Plaintiff,

v.

ROBERT BANDO
d/b/a AMERICAN APPRAISAL

       Defendant.

_____

**ORDER FOR ENTRY OF
DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST
DEFENDANT ROBERT BANDO D/B/A AMERICAN APPRAISAL**
_____

Having considered Plaintiff American Appraisal Associates, Inc.'s ("American Appraisal") Application for Entry of Default Judgment and the Declaration of Michael Brice Sullivan, the Complaint, and other papers in the Court's file in this matter,

**THE COURT ORDERS AS FOLLOWS:**

1. Defendant Robert Bando d/b/a American Appraisal ("Defendant") is liable to American Appraisal for willful trademark infringement under 15 U.S.C. § 1114 *et seq.*, resulting from his use in commerce of American Appraisal's lawful trademarks.

2. Defendant is liable to American Appraisal for willful trademark infringement and unfair competition under 15 U.S.C. § 1125(a), resulting from his use in commerce of American Appraisal's lawful trademarks.

3. Defendant is liable to American Appraisal for trademark dilution under 15 U.S.C. §§ 1125(c)(1) and (2).

4. Defendant is liable to American Appraisal for trademark infringement and unfair competition under the common law.

5. American Appraisal is hereby awarded judgment against Defendant as follows:

    a. Attorneys' Fees                $3,704.00

    b. Costs                          $806.14

        Total Judgment                $4,510.14

6. This judgment shall accrue interest, compounded annually, pursuant to 28 U.S.C. § 1961.

7. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Court expressly determines that there is no just reason for delay in the entry of judgment against Defendant given the possibility of continuing infringement and Defendant's failure to file an answer after repeated notices to do so. It is directed that judgment against Defendant be entered forthwith.

8. Defendant shall be permanently enjoined from further infringing American Appraisal's registered trademarks. This Court contemporaneously issues a separate permanent injunction.

**IT IS SO ORDERED.  JUDGMENT TO BE ENTERED ACCORDINGLY.**

DATED this   9th   day of   August  , 2005.

                                             s/Lewis T. Babcock  
                                             Lewis T. Babcock, Chief Judge